[Nos. 73430-0-I; 73431-8-I;   Division One.   March 7, 2016.]
73432-6-I.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALLEN NAKAMURA, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 12-1-02140-1, Joseph P. Wilson, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Schindler and Dwyer, JJ.

[No. 73439-3-I.   Division One.   March 7, 2016.]

*In the Matter of the Marriage of* JILL S. CALABRESE, *Appellant*, and JACK A. CALABRESE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-06061-8, Judith H. Ramseyer, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Schindler and Dwyer, JJ.

[No. 73735-0-I.   Division One.   March 7, 2016.]

POTELCO, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-2-01059-4, John M. Meyer, J., entered June 9, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 73763-5-I.   Division One.   March 7, 2016.]

*In the Matter of the Dependency of* L.R.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. LADONIA RAYFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-00797-1, Helen Halpert, J., entered July 8, 2015. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Lau, JJ.